UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>S. STEGLINSKI, et. al.,<br><br>    Defendants. | Case No.: 1:12-cv-00786-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND RESPONSE TO COURT'S PRIOR ORDER<br><br>[ECF No. 40] |

    Plaintiff Gary Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On June 27, 2014, Plaintiff filed a motion requesting to amend his response to the Court's September 20, 2013, order forwarding the necessary service of process documents for completion and return to the Court. In that order, the Court also directed Plaintiff to submit "All CDCR Form 602 documentation submitted in relation to this case[.]"  (ECF No. 11, at 8.)

    In the instant motion, Plaintiff submits that he inadvertently failed to submit the relevant 602 appeal forms to the Court in response to the order. The Court takes judicial notice of the fact that attached to Plaintiff's opposition to Defendants' pending motion for summary judgment, Plaintiff has

///

///

///

1 submitted copies of his 602 appeals. Fed. R. Evid. 201; ECF No. 41.)  Accordingly, Plaintiff's present
2 motion to amend his response to the Court's order is unnecessary and is DENIED.

4 IT IS SO ORDERED.

5 Dated: **July 1, 2014**

6 UNITED STATES MAGISTRATE JUDGE