UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>S. STEGLINSKI, et. al.,<br><br>    Defendants. | Case No.: 1:12-cv-00786-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ACCEPT OPPOSITION IN EXCESS OF TWENTY PAGES AS UNNECESSARY<br><br>[ECF No. 42] |

Plaintiff Gary Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 27, 2014, Plaintiff filed a motion requesting the Court to accept his opposition to Defendants' motion for summary judgment which in excess of twenty pages.

Plaintiff is advised that the Court has accepted and filed Plaintiff's opposition to Defendants' motion for summary judgment and the opposition will be considered by the Court when a ruling on the pending motion is decided.  Accordingly, Plaintiff's motion for the Court to accept his opposition in excess of twenty pages is DENIED as unnecessary.

IT IS SO ORDERED.

Dated: **July 1, 2014**

    UNITED STATES MAGISTRATE JUDGE

1