UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. STEGLINSKI, et. al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00786-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO TAKE PLAINTIFF'S DEPOSITION BY VIDEOCONFERENCE<br><br>(ECF No. 46) |

　　　Plaintiff Gary Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On July 25, 2014, Defendants filed a request to take Plaintiff's deposition by videoconference.

　　　Good cause having been presented to the Court,

　　　IT IS HEREBY ORDERED that Defendants' request to take Plaintiff's deposition by videoconference is GRANTED.

IT IS SO ORDERED.

Dated:   **July 28, 2014**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1