## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIAMS,<br><br>   Plaintiff,<br><br>  v.<br><br>S. STEGLINSKI, et. al.,<br><br>   Defendants. | Case No.: 1:12-cv-00786-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO WITHDRAW MOTION TO COMPEL, FILED OCTOBER 15, 2014<br><br>(ECF Nos. 53, 55) |

  Plaintiff Gary Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

  On October 15, 2014, Defendants Steglinski and Dyer filed a motion to compel Plaintiff to respond to discovery.

  On November 4, 2014, Defendants filed a request to withdraw the motion to compel in light of Plaintiff's response to their request for production of documents.

  Accordingly, IT IS HEREBY ORDERED that Defendants' request to withdraw the motion to compel, filed October 15, 2014, is GRANTED.

IT IS SO ORDERED.

Dated:  **November 5, 2014**

             UNITED STATES MAGISTRATE JUDGE

1