UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIAMS, | ) Case No.: 1:12-cv-00786-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER SETTING TELEPHONIC |
| S. STEGLINSKI, et. al., | ) CONFERENCE HEARING |
| Defendants. | ) |

Plaintiff Gary Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendant Steglinski for excessive force in violation of the Eighth Amendment.

Although Plaintiff initially declined magistrate judge jurisdiction on June 13, 2012 (ECF No. 4), Plaintiff subsequently consented voluntarily to magistrate judge jurisdiction on April 18, 2014 (ECF No. 31).

On September 2, 2015, Defendant consented to magistrate judge jurisdiction. (ECF No. 72.)

On September 4, 2015, this action was reassigned to the undersigned for all purposes. (ECF No. 73.)  In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

///

Accordingly, it is HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **September 14, 2015, at 11:00 a.m.**, in Courtroom 9 before the undersigned; and

2. Defense Counsel shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated: **September 4, 2015**

UNITED STATES MAGISTRATE JUDGE