UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIAMS,<br><br>             Plaintiff,<br><br>        v.<br><br>S. STEGLINSKI,<br><br>             Defendant. | Case No.: 1:12-cv-00786-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT PRETRIAL STATEMENT BY JANUARY 20, 2016<br><br>[ECF No. 76] |

Plaintiff Gary Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on March 15, 2016, and the telephonic pretrial conference is set for January 22, 2016, at 11:00 a.m. before the undersigned.

Pursuant to the Court's September 15, 2015, trial scheduling order, Plaintiff's pretrial statement was due on before January 1, 2016.  (ECF No. 76.)  To date, Plaintiff has not filed his pretrial statement, and Plaintiff is HEREBY DIRECTED to file his pretrial statement on or before January 20, 2016.  <u>The failure to file a pretrial statement may result in precluding Plaintiff from presenting certain evidence and/or calling certain witnesses during trial</u>.

IT IS SO ORDERED.

Dated:   **January 13, 2016**

UNITED STATES MAGISTRATE JUDGE

1