UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIAMS,<br><br>                    Plaintiff,<br><br>v.<br><br>S. STEGLINSKI,<br><br>                    Defendant. | Case No. 1:12-cv-00786-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>GARY WILLIAMS, CDCR # K-19320<br><br>DATE: April 19, 2016<br>TIME: 8:00 a.m.<br>COURTROOM: 9 (SAB) |

    Inmate Gary Williams, CDCR # K-19320, a necessary and material witness for the proceedings in this case on April 19, 2016, is confined at R.J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #9, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on Tuesday, April 19, 2016, at 8:00 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To the Warden of R.J. Donovan Correctional Facility**

    **WE COMMAND** you to produce the inmate named above, along with his legal property, to appear before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **March 18, 2016**                            _____
                                                                            UNITED STATES MAGISTRATE JUDGE

