*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

GARY WILLIAMS,

       Plaintiff,

vs.

S. STEGLINSKI, et al.,

       Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:12-cv-00786-SAB (PC)

       IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Federal Rules of Civil Procedures 50, JUDGMENT AS A MATTER OF LAW IS DENIED.

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT S. STEGLINSKI against PLAINTIFF GARY WILLIAMS based upon the jury verdict.

       IT IS FURTHER ORDERED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT R.DYER against PLAINTIFF GARY WILLIAMS based on the August 11, 2015 order granting summary judgment in favor of Defendant Dyer.

       IT IS FURTHER ORDERED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS H. KAUR, R.M. HORTON, AND SGT. EPPERSON against PLAINTIFF GARY WILLIAMS based on the September 30, 2014 order granting summary judgment for those Defendants for Plaintiff's failure to exhaust administrative remedies.

DATED:  April 22, 2016

                                     MARIANNE MATHERLY, Clerk

                          By:  /s/ *W. Kusamura*
                                       Deputy Clerk