FILED

APR 21 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WILLIAMS,<br><br>  Plaintiff,<br><br>v.<br><br>S. STEGLINSKI,<br><br>  Defendant. | Case No. 1:12-cv-00786-SAB (PC)<br><br>ORDER THAT INMATE GARY WILLIAMS IS NO LONGER NEEDED AS WITNESS/PLAINTIFF IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A jury trial in this matter commenced on April 19, 2016. The jury trial has concluded. Inmate Gary Williams, CDCR No. K-19320, is no longer needed by the Court as a witness/plaintiff in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: April 21, 2016

_____
UNITED STATES MAGISTRATE JUDGE

1